Form 3A
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  __Cynthia M Fort__  
Debtor(s)

Case No. __06-70847__  
Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__ Check one   ■ With the filing of the petition, or  
   ☐ On or before _____

   $ __68.50__ on or before _____

   $ __68.50__ on or before _____

   $ __68.50__ on or before _____

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date _____    Signature __Cynthia M Fort__  
Debtor

Attorney for Debtor(s)  
**WILLIAM L. BALSLEY**  
**BALSLEY & DAHLBERG, LLP**  
**5130 N. 2nd St.**  
**Loves Park, IL 61111**  
**815-877-2593**  
**Fax: 815-877-7965**